IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER STOBBE, | : | CASE NO: 2:21cv-2073 |
| | : | JUDGE MORRISON |
| *Plaintiff,* | : | MAGISTRATE JUDGE JOLSON |
| v. | : | |
| DONALD J. TRUMP, *et al.*, | : | |
| *Defendants.* | | |

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge Jolson on May 6, 2021. (ECF No. 3). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** Mr. Stobbe's Complaint in its entirety. (ECF No. 1.) The Clerk shall enter judgment accordingly and terminate the case from the Court's docket.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**